DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS D. STEELE** and **MARINA STEELE,**
Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D16-3920

[November 16, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; F. Shields McManus, Judge; L.T. Case No. 15-1372 CA.

Annabel C. Majewski of Wasson & Associates, Chartered, Miami, for appellants.

Lauren J. Smith of Peterson Bernard, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***